

NESBITT,
VASSAR &
MCCOWN, L.L.P.
attorneys | counselors

ACCEPTED
04-15-00584-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/18/2015 3:07:25 PM
KEITH HOTTLE
CLERK

15851 DALLAS PARKWAY, SUITE 800, ADDISON, TEXAS 75001
PHONE: 972.371.2411 FAX: 972.371.2410 WEB: WWW.NVMLAW.COM

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

9/18/2015 3:07:25 PM

KEITH E. HOTTLE
Clerk

September 18, 2015

**Via E-Filing**
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

      Re:   Case No. 04-15-00584-CV; *In re Transamerica Life Insurance Company*, in the Fourth Court of Appeals

            Cause No. 15-01-0043-CVA, *In The Matter of J. Le Roy*, 81st Judicial District Court, Atascosa County, Texas

Dear Clerk:

      This firm and the undersigned attorneys represent JG Wentworth Originations, LLC ("JGW") in the above-referenced matters. Please be advised that on behalf of JGW, we have contacted the 81st District Court of Atascosa County, Texas and cancelled the September 21, 2015 hearing scheduled on JGW's Motion to Compel Transamerica Life Insurance Company in Regards to the Transfer of Structured Settlement Payment Rights in the above-referenced trial court case. We have advised counsel for Transamerica Life Insurance Company ("Transamerica") of our representation and the cancellation of the September 21 hearing, and that counsel is copied on this letter.

      Further, JGW intends to take no action to enforce the trial court's Final Order Approving Transfer of Structured Settlement Payment Rights without conferring with counsel for Transamerica and providing at least ten (10) days' notice to that counsel. Transamerica was provided notice of the filing of the original petition and

of the final hearing in the trial court case.

JGW is committed to resolution of this matter with Transamerica, and hopefully this case will involve no further use of the Court's time as it is resolved to the satisfaction of the parties.  Thank you.

Sincerely,

/s/ Earl S. Nesbitt

Earl S. Nesbitt

David S. Vassar

Patrick P. Sicotte

cc:    Via Email (kordubarogers@gmail.com)
Laryssa Korduba
Korduba & Rodgers, LLP
211 Florence Street
Tomball, Texas 77357

Via Email
B. Lee Wertz, Jr.
Stephen Gibson
Dennis L. Roossien, Jr.
Munsch Hardt Kopf & Harr, PC
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659

Via U.S. Mail
J. Le Roy

Via E-Filing
81st Judicial District Court
Atascosa County, Texas